UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENERAL RE LIFE CORPORATION,

                      Petitioner,

-against-                     24-CV-1718-LTS

AMERICAN GENERAL LIFE INSURANCE COMPANY,

                      Respondent.

---

## Order

This case was administratively closed on March 13, 2024, due to deficiencies in the petition. (See docket entry no. 8.) Petitioner failed to correct these deficiencies within 60 days or to request permission to reopen this action and, thus, this action remains closed. On March 20, 2024, Petitioner properly initiated an action against Respondent in 24-CV-2089-VEC. On April 16, 2024, however, Respondent moved for permission to file under seal "confidential portions" of its response to the improperly filed petition in this action. (Docket entry no. 12.) The Court hereby orders that this case will remain closed. Should counsel have any further questions, they may review Local ECF Rule 6.14 or contact the Clerk's Office help desk by calling (212) 805-0800 option 2. The Clerk's Office is respectfully directed to terminate all pending motions and keep this case closed.

    SO ORDERED.

Dated: New York, New York
       December 11, 2024

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge